(July 27, 1970)

In the Matter of PETER J. GOLEMI, an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

F. ARNOLD DAUM, Appellant, v. ROBERT C. MEADE et al., Constituting the Town Board of the Town of North Hempstead, et al., Respondents.—

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.